## UNITED STATES DISTRICT COURT FOR
## THE MIDDLE DISTRICT OF TENNESSEE NASHVILLE DIVISION

| | | |
|---|---|---|
| **REYNOLDS & REYNOLDS JANITORIAL SERVICE, INC., a/d/a and d/b/a REYNOLDS AND REYNOLDS, INC., a Tennessee Corporation,** | ) ) ) ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **No. 3:13-cv-00765** |
| | ) | |
| **METROPOLITAN NASHVILLE AIRPORT** | ) | **Judge Aleta A. Trauger** |
| **AUTHORITY, RAUL L. REGALADO, STAN** | ) | |
| **VAN OSTRAN, DAVID HOWARD, FLOYD** | ) | **Magistrate Judge Brown** |
| **CROOK, ROBERT C. WATSON,** | ) | |
| **DAVITA TAYLOR** | ) | |
| **(all individual defendants are being sued both in** | ) | |
| **Their individual and official capacity** | ) | |
| | ) | |
| **Defendants.** | ) | |

## CONSENT ORDER OF DISMISSAL WITH PREJUDICE

This case came before the Court upon the statements of counsel and the entire record in this case.

The Court has been advised by counsel that all matters and controversies in this case have been resolved and that the case has been settled.

IT IS THEREFORE ORDRERED that all claims asserted by the Plaintiff against the Defendants in this case are dismissed with prejudice.

Entered this <u>16th</u> day of <u>    October    </u>, 2013.

_____
Judge Aleta A. Trauger

Approved:

Farris Bobango PLC

BY:\_\_\_\_s/ D. Edward Harvey_____
D. Edward Harvey, #010468
Attorney for Plaintiff
618 Church Street, Suite 300
Nashville, TN 37219


JONES HAWKINS & FARMER, PLC

BY:\_\_\_s/ Jonathan P. Farmer_____
Jonathan P. Farmer, #020749
Attorney for Defendants
150 Fourth Ave. North, Suite 1820
Nashville, Tennessee  37219